1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  JEROME PRICE, SBN # 282400
   Chief Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
4  Telephone: (559) 487-5561
   Fax: (916) 498-5710

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:20-CR-00148-DAD |
|---|---|
| *Plaintiff,* | ) **APPLICATION AND ORDER** |
| vs. | ) **APPOINTING COUNSEL** |
| JZON EDWARD BUCKNER, | ) |
| *Defendant,* | ) |

  Defendant, Jzon Edward Buckner, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

  Mr. Buckner submits the attached Financial Affidavit as evidence of his inability to retain counsel. Jurisdiction of his case was transferred to the Eastern District of California on September 1, 2020 from the Northern District of California. On January 10, 2022, a Petition for Violation of Supervised Release was filed and an initial appearance is scheduled on January 19, 2022. Because Mr. Buckner has been summoned to appear, counsel is needed in advance to facilitate his initial appearance.

///

///

After reviewing his Financial Affidavit it is respectfully recommended that counsel be promptly appointed to represent Mr. Buckner on his pending violation petition.

DATED: January 12, 2022        /s/ Jerome Price
                               JEROME PRICE
                               Chief Assistant Federal Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **January 12, 2022**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE