WILLIAM F. PORTANOVA, State Bar No. 28364
PORTANOVA & ASSOCIATES
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
WFP@Portanova.com

Attorney for Defendant
JZON BUCKNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-cr-00148-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DISPOSTION HEARING** |
| v. | |
| JZON BUCKNER, | DATE: April 6, 2026 |
| Defendant. | TIME: 10:00 AM |
| | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by defendant JZON BUCKNER, by and through his undersigned counsel and Plaintiff United States of America, by and through its undersigned counsel, that the disposition hearing scheduled for April 6, 2026, should be vacated and continued to May 4, 2026, at 9:30 a.m.

Counsel for the defendant desires additional time to investigate and discuss disposition with his client. Additional defense counsel encountered unexpected delays with retrieving defendant's personal property, which relevant to disposition, due to his transfer from Sacramento Main Jail to Taft Correctional Center. The government and U.S. Probation do not object to this continuance.

//

//

//

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DISPOSITION HEARING                              1

Respectfully submitted,

DATED: April 2, 2026                    */s/ William F. Portanova*
                                        WILLIAM F. PORTANOVA
                                        Attorney for Defendant
                                        JZON BUCKNER


DATED: April 2, 2026                    ERIC GRANT
                                        United States Attorney


                                        */s/ David Gappa*
                                        DAVID GAPPA
                                        Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DISPOSITION HEARING                         2

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Buckner's Disposition hearing set for April 6, 2026, is continued to May 4, 2026, at 9:30 a.m., in Fresno before Chief Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated:   **April 3, 2026**                    _Dale A. Drozd_____
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE