WILLIAM F. PORTANOVA, State Bar No. 28364
PORTANOVA & ASSOCIATES
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
WFP@Portanova.com

Attorney for Defendant
JZON BUCKNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JZON BUCKNER,<br><br>Defendant. | CASE NO. 1:20-cr-00148-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE DISPOSTION HEARING**<br><br>DATE: May 4, 2026<br>TIME: 10:00 AM<br>JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by defendant JZON BUCKNER, by and through his undersigned counsel and Plaintiff United States of America, by and through its undersigned counsel, that the disposition hearing scheduled for May 4, 2026, should be vacated and continued to June 15, 2026, at 10:00 a.m.

Counsel for the defendant desires additional time to investigate and discuss disposition with his client.  Defense counsel was unsuccessful in obtaining certain of Mr. Buckner's personal property, generated during his time in California Department of Corrections custody, from any of the three government agencies which had had custody since his release from CDCR.  As a result, defense counsel has been required to obtain Mr. Buckner's CDCR records directly from that Department, a process which often takes a few weeks.

The government and U.S. Probation do not object to this continuance.

//

STIPULATION AND ORDER TO CONTINUE
DISPOSITION HEARING                                    1

Respectfully submitted,


DATED: April 29, 2026                  /s/ William F. Portanova
                                       WILLIAM F. PORTANOVA
                                       Attorney for Defendant
                                       JZON BUCKNER


DATED: April 29, 2026                  ERIC GRANT
                                       United States Attorney


                                       /s/ David Gappa
                                       DAVID GAPPA
                                       Assistant United States Attorney

STIPULATION AND ORDER TO CONTINUE
DISPOSITION HEARING                              2

**<u>ORDER</u>**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Buckner's Disposition hearing set for May 4, 2026, is continued to June 15, 2026, at 10:00 a.m. before Honorable District Court Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: April 30, 2026

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER TO CONTINUE
DISPOSITION HEARING                                    3