WILLIAM F. PORTANOVA, State Bar No. 28364
PORTANOVA & ASSOCIATES
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
WFP@Portanova.com

Attorney for Defendant
JZON BUCKNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JZON BUCKNER,<br><br>Defendant. | CASE NO. 1:20-cr-00148-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE DISPOSTION HEARING**<br><br>DATE: June 15, 2026<br>TIME: 10:00 AM<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by defendant JZON BUCKNER, by and through his undersigned counsel and Plaintiff United States of America, by and through its undersigned counsel, that the disposition hearing scheduled for June 15, 2026, should be vacated and continued to July 13, 2026, at 9:30 a.m.

Counsel for the defendant desires additional time to investigate and discuss disposition with his client.  Additionally, defense counsel encountered unexpected delays with obtaining records from California Department of Corrections and Rehabilitation. The government and U.S. Probation do not object to this continuance.

//

//

//

//

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DISPOSITION HEARING                    1

Respectfully submitted,

DATED: June 10, 2026

*/s/ William F. Portanova*
WILLIAM F. PORTANOVA
Attorney for Defendant
JZON BUCKNER

DATED: June 10, 2026

ERIC GRANT
United States Attorney

*/s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Buckner's Disposition hearing set for June 15, 2026, is continued to July 13, 2026, at 9:30 a.m., in Courtroom 5 in Fresno before Chief Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated: **June 11, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DISPOSITION HEARING

2